AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
District of New Mexico

19 AUG 13 PM 3: 19

CLERK-ALBUQUERQUE

<table>
<tr><td>In the Matter of the Search of<br>(Briefly describe the property to be searched<br>or identify the person by name and address)<br><br>Residence located at<br>6413 Esther Avenue NE, Albuquerque, NM 87109</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.<br><br>19 mr 937</td></tr>
</table>

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____New Mexico____
*(identify the person or describe the property to be searched and give its location)*:
  See attachments A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
  See attachments B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     Aug 14 2019
                                                                                                                *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.       ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Jerry H. Ritter_____.
                                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
                                             ☐until, the facts justifying, the later specific date of _____.

Date and time issued:  8/6/19  5:16 p.m.  _____
                                                                              *Judge's signature*

City and state:    Albuquerque, NM _____    _____Steven G. Lopez, Special Agent_____
                                                                                    *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>8/6/2019  1817hrs, | Copy of warrant and inventory left with:<br>David Quintana |
| Inventory made in the presence of : Tyler Sullivan | | |

Inventory of the property taken and name of any person(s) seized:

1 Cellular phone - LG, black, with charging cable and adapter; 1 cellular phone - Nuu, black; 1 silver iPhone with white frame; 1 light blue "Cricket" Samsung cellular phone; 1 iPhone (cracked screen); 1 Samsung Galaxy Note 5; 1 Samsung cellular phone, black; 1 Samsung cellular phone, green; 1 folding knife 1 pouch black zipper; 1 paper with phone numbers

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  8/16/19

_____
Executing officer's signature

Zachary Sandor, Special Agent
Printed name and title

## ATTACHMENT A

### DESCRIPTION OF PREMISES TO BE SEARCHED

The premise to be searched is described as follows:

- *6413 Esther Avenue, NE Albuquerque, NM 87109*

- One story beige color residence with two single car white in color garage doors.
- Maroon brick trim around the windows

- The residence faces generally South.

- The front door faces East.

- The numbers 6413 are painted on the curb in front of the home.

- The numbers 6413 are also on the house between the front door and garage door.



## ATTACHMENT B

1.  Any and all ledgers or address books and/or notes.
2.  Any and all clothing belonging to the illegal aliens held at the residence.
3.  Any and all cell phones belonging to the captors and/or aliens.
4.  Any and all computers belonging to the captors and/or aliens.
5.  Any and all electronic money transfer receipts
6.  Any and all list of names and addresses of individuals who may have been in contact with those individuals responsible for the smuggling.
7.  Any and all customer lists, supplier lists, or any notes containing the individual names, telephone numbers of, and any corresponding records of accounts receivable, money paid, or cash received to pay for the manufacture and sales of fraudulent documents.
8.  Any bank and/or account records reflecting a business transaction with those responsible for the smuggling/kidnapping.